Entered on Docket
September 27, 2010

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**
_____

E-FILED September 25, 2010

Kevin Hahn
Nevada Bar No. 9821
MALCOLM ♦ CISNEROS, A Law Corporation
608 South 8th Street
Las Vegas, NV 89101
(800) 741-8806 Phone
(949) 252-1032 Fax
kevin@mclaw.org

Attorneys for EMC MORTGAGE CORPORATION

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Chapter 7 |
| VICTOR E. ACANTILADO and WEYNA G. ACANTILADO, | Case No. S-10-16900-BAM |
| Debtors, | Hearing Date: August 30, 2010<br>Hearing Time: 1:30 p.m. |
| | Location: Foley Federal Bldg.<br>Courtroom No. 3 |

### ORDER FOR RELIEF FROM THE AUTOMATIC STAY

The Motion for Relief from Automatic Stay of EMC MORTGAGE CORPORATION and its successors and/or assigns came on regularly for hearing before this court on August 30, 2010, appearances as noted on the record. No timely opposition having been filed, the court being fully advised in the premises and good cause appearing:

IT IS HEREBY ORDERED that the Motion for Relief from Automatic Stay be, and hereby is granted.

///

IT IS FURTHER ORDERED that all stay provisions are hereby terminated as to the real property commonly known as 6271 Rocky Top Avenue, Las Vegas, Nevada 89110.

SUBMITTED BY:

/s/ *Kevin Hahn*
KEVIN HAHN
Nevada Bar No. 9821
608 South 8th Street
Las Vegas, NV 89101
(800) 741-8806 Phone
Attorneys for EMC MORTGAGE CORPORATION

## RULE 9021 CERTIFICATION

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

____ The Court has waived the requirement set forth in LR 9021(b)(1).

____ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

WILLIAM A. LEONARD, Trustee: _____

Approved_____    Disapproved_____    Failed to Respond __X_____

____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

### # #

2